| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Robert N. Braverman, Esquire (RB4093)<br>Law Office of Robert Braverman, LLC<br>1060 N. Kings Hwy., Suite #333<br>Cherry Hill, NJ 08034<br>(856) 348-0115<br>Attorneys for Debtors | Order Filed on December 12, 2014<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>ANTHONY & KAREN TAMBORELLO,<br><br>    Debtors. | Case No:  12-33713<br><br>Judge:  ABA<br><br>Chapter:  13 |

## ORDER REINSTATING CHAPTER 13 CASE

    The relief set forth on the following pages, numbered two (2) through 2 is hereby

**ORDERED**

**DATED: December 12, 2014**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

In re:     Anthony & Karen Tamborello
Case #    12-33713/aba
Caption:  Order Reinstating Chapter 13 Case

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE of LAW OFFICE OF ROBERT BRAVERMAN, LLC, attorney for the above captioned debtors, pursuant to a Motion Seeking Order Reinstating Chapter 13 Case, and the Court having reviewed the supporting documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is ORDERED that the within Chapter 13 case be and the same is hereby REINSTATED; and

It is further ORDERED that debtors' case is allowed to continue at $25,913.00 total receipts applied to the Plan, then $1,137.00 for the remaining thirty-four (34) months commencing December 1, 2014 for a total of sixty (60) months; and

It is further ORDERED that a Status Hearing shall be held in this matter on February 27, 2015 @ 9:00 am.